# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| LASHAUN DIANTEA ELLIS, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | Case No. 5:13CV164-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| RICHARD NEELY, Administrator, | ) | |
| Lanesboro Correctional Institution, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 20, 2014, Order.

Signed: May 21, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court